HONORABLE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GERRY LAMARRE,<br><br>    Plaintiff,<br><br>vs.<br><br>HIGGINS SIGNS, Inc., an Oregon Corporation, and John Higgins and Jane Doe Higgins, husband and wife,<br><br>    Defendants. | NO. CVO5-5084-KLS<br><br>STIPULATION AND ORDER FOR DISMISSAL |

## STIPULATION

The parties agree, by and through their undersigned counsel, to the dismissal with prejudice of any claims that were brought or could have been brought herein with each party to bear his own costs and fees.

/ / / /

/ / / /

/ / / /

STIPULATION AND ORDER FOR DISMISSAL - 1

067686.089041\#Lamarre v. Higgins Stip & Order for Dismissal.doc

**REED McCLURE**
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152

DATED this _____ day of _____, 2006.

REED McCLURE

By /s/ Earl M. Sutherland
   Earl M. Sutherland   WSBA #23928
   601 Union Street, Ste. 1500
   Seattle, WA 98101-1363
   (206) 292-4900

Attorneys for Defendants

THE GARDINER LAW FIRM

By /s/ D. Bruce Gardiner
   D. Bruce Gardiner   WSBA #7277
Attorneys for Plaintiff

## ORDER

Based upon the foregoing stipulation, it is hereby ordered that this matter shall be dismissed without costs to any party and with prejudice as to any claims that were brought or could have been brought herein.

DATED this 15th day of February, 2006.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

STIPULATION AND ORDER FOR DISMISSAL - 2

067686.089041\#Lamarre v. Higgins Stip & Order for Dismissal.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152

# CERTIFICATION OF SERVICE

I, Lori Hargrave, hereby certify as follows:

I am employed in the County of King, State of Washington, I am over the age of 18 and not a party to the within action. My business and place of employment is REED McCLURE, Two Union Square, 601 Union Street, Suite 1500, Seattle, Washington, 98101.

On February 15, 2006, I electronically filed the following documents: (1) **STIPULATION AND ORDER FOR DISMISSAL**; and (2) (this) **CERTIFICATE OF SERVICE**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFF:**

D. Bruce Gardiner, WSBA# 7277
THE GARDINER LAW FIRM
12040 – 98TH Avenue N.E., Suite 101
Kirkland, WA 98034
Email: bruce@gardinerlaw.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this _____ day of _____, 2006, at Seattle, Washington.

_____
LORI J. HARGRAVE
Legal Secretary
REED McCLURE
601 Union Street, Ste. 1500
Seattle, WA 98101-1363
Tel: 206/292-4900
Fax: 206/223-0152
Email: lhargrave@rmlaw

STIPULATION AND ORDER FOR DISMISSAL - 3

067686.089041\#Lamarre v. Higgins Stip & Order for Dismissal.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152